## S90A1621. CRYMES et al. v. SMITH et al.
( SE2d )

PER CURIAM.

The present appeal from the denial of mandamus involves judicial review of an administrative decision of the local board of zoning appeals. OCGA § 5-6-35 (a) (1) requires an application to appeal such a review whether the review is brought by mandamus or otherwise. Since an application to appeal was not filed, the appeal must be dismissed.

*Appeal dismissed. All the Justices concur.*

DECIDED NOVEMBER 8, 1990 —
RECONSIDERATION DENIED JANUARY 7, 1991.

*Schreeder, Wheeler & Flint, David H. Flint, Susan H. Sarch,* for appellants.
*Albert Sidney Johnson,* for appellees.